# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALLAH,

           Plaintiffs,

  v.

DAVID RYANN,

           Defendant.

Case No. 01-CV-01943-BJR

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the Objections thereto, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's proposed complaint, Dkt. 12, and proposed habeas petition, Dkt. 13 are dismissed with prejudice, and a Certificate of Appealability shall not be issued.

(3) The Clerk shall provide a copy of this Order to plaintiff.

DATED this 30th day of August, 2019.

                                                     _____
                                                     Barbara Jacobs Rothstein
                                                     U.S. District Court Judge